**Order entered December 5, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-01469-CV

## IN THE INTEREST OF A.J.G, S.S.G., AND R.M.G.

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-52068-2013**

## ORDER

Before the Court is the motion of Steven Lee Gordon to proceed in forma pauperis. Because the trial court has determined that Steven Lee Gordon is indigent, we **DENY** the motion as moot. Steven Lee Gordon also requests that the Court include in the record on appeal the following pleadings previously filed in the trial court: 1) Request for Findings of Fact and Conclusions of Law; 2) Designation of Record on Appeal; and 3) Request to Clerk to Include Material in Clerk's Record and Request Trial Transcript. These documents are included in the clerk's record which was filed on December 1, 2014. Accordingly, we **DENY** the request as moot.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE